

# U.S. Department of Justice

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*    main: **(609) 989-2190**
*Trenton, NJ 08608*    direct: **(609) 858-0304**
*sandra.bober@usdoj.gov*    fax:   **(609) 989-2275**

July 11, 2026

**<u>Via Electronic Filing</u>**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:**    ***Melo Valencia v. Blanche*, No. 26-cv-6898 (MCA)**
>        **Petitioner's Release from ICE Custody**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's July 10, 2026 Text Order, ECF No. 5, ordering Respondents to release Petitioner within 24 hours or answer the petition. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner yesterday, July 10, 2026, at approximately 12:50 p.m. Accordingly, Respondents respectfully request that the Court lift the injunctive relief entered at ECF No. 2 and close this matter.

We thank the Court for its attention to this matter.

> Respectfully submitted,
>
> ROBERT FRAZER
> UNITED STATES ATTORNEY
>
> By:    *s / Sandra A. Bober*
>       SANDRA A. BOBER
>       Assistant United States Attorney
>       *Attorneys for Respondents*

cc:    Marcia Shelia Kasdan (via email)
      marciakasdanlaw@gmail.com

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:   7/14/26